**08CR 676**

**JUDGE RONALD GUZMAN**

**MAGISTRATE JUDGE KEYS**

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Trans. Court)*
0644/5:03CR00003-001

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Terrance Griffin | Western Kentucky | Paducah |
| | NAME OF SENTENCING JUDGE | |
| | Thomas B. Russell, U.S. District Judge | |
| | DATES OF SUPERVISED RELEASE: | FROM May 8, 2006 — TO May 7, 2012 |

OFFENSE

21 U.S.C. 841(a)(1) - Possession with Intent to Distribute Cocaine, a Schedule II Controlled Substance

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  WESTERN  DISTRICT OF  KENTUCKY

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois, Chicago  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 15, 2008
*Date*

Thomas B. Russell
*UNITED STATES DISTRICT JUDGE*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  NORTHERN  DISTRICT OF  ILLINOIS, CHICAGO

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/26/08
*Effective Date*

James F. Holderman
*UNITED STATES DISTRICT JUDGE*

**FILED**
August 26, 2008
AUG 2 6 2008 CW

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT